IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VILOX AB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-1430-JCB |
| | ) |
| MOHAWK INDUSTRIES, INC. and MENARD, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| MOHAWK INDUSTRIES, INC., MOHAWK CARPET DISTRIBUTION, LLC, IVC US, LLC, and UNILIN BV, | ) |
| | ) |
| Counterclaim-Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| VILOX AB, | ) |
| | ) |
| Counterclaim-Defendant. | ) |

**PLAINTIFF VILOX AB'S
<u>NOTICE REGARDING PLACE OF TRIAL AND HEARINGS</u>**

Pursuant to the Court's Order Regulating Practice (D.I. 18), Plaintiff Vilox AB ("Vilox") provides notice that: (a) Vilox does not consent to trial in the Eastern District of Texas, Tyler Division; and (b) Vilox does consent to hearings in the Eastern District of Texas, Tyler Division, provided that Vilox is permitted, upon request, to appear remotely for any such hearing.

Case 1:24-cv-01430-JCB Document 21 Filed 06/12/25 Page 2 of 2 PageID #: 816

|  |  |
|---|---|
|  | */s/ Karen E. Keller* |
|  | Karen E. Keller (No. 4489) |
|  | Lindsey M. Gellar (No. 7202) |
|  | SHAW KELLER LLP |
|  | I.M. Pei Building |
|  | 1105 North Market Street, 12th Floor |
|  | Wilmington, DE 19801 |
|  | (302) 298-0700 |
|  | kkeller@shawkeller.com |
|  | lgellar@shawkeller.com |
| Dated: June 12, 2025 | *Attorneys for Vilox AB* |