# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VILOX AB, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 24-1430-JCB |
| | ) |
| MOHAWK INDUSTRIES, INC., MENARD, INC., | )   JURY TRIAL DEMANDED |
| | ) |
|     Defendants. | ) |
| MOHAWK INDUSTRIES, INC., MOHAWK CARPET DISTRIBUTION, LLC, IVC US, LLC, and UNILIN BV, | ) |
| | ) |
|     Counterclaim-Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| VILOX AB, | ) |
| | ) |
|     Counterclaim-Defendant. | ) |

## DEFENDANT AND COUNTERCLAIM-PLAINTIFFS' NOTICE OF CONSENT TO TRIAL

Pursuant to the Court's May 15, 2025 Order Regulating Practice JCB-CV-77 (Dkt. 18 at 12) Defendant and Counterclaim-Plaintiff Mohawk Industries, Inc. and Counterclaim-Plaintiffs Mohawk Carpet Distribution, LLC, IVC US, LLC, and Unilin BV provide notice of their consent to trial and hearings in the Eastern District of Texas, Tyler Division.

- 2 -

| | |
|---|---|
| OF COUNSEL: | /s/ Kelly E. Farnan<br>Kelly E. Farnan (#4395)<br>Richards, Layton & Finger, P.A. |
| John Haynes<br>John.Haynes@alston.com<br>Shri Abhyankar<br>Shri.Abhyankar@alston.com<br>Eric Pettis<br>Eric.Pettis@alston.com<br>Carter Babaz<br>Carter.Babaz@alston.com<br>**ALSTON & BIRD LLP**<br>One Atlantic Center<br>1201 West Peachtree St. NE<br>Atlanta, GA 30309<br>(404) 881-7000 | One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br><br>*Counsel for Mohawk Industries, Inc., Mohawk Carpet Distribution, LLC, IVC US, LLC, Unilin BV, and Menard, Inc.* |

Dated: June 12, 2025