**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| VILOX AB,<br><br>Plaintiff,<br><br>v.<br><br>MOHAWK INDUSTRIES, INC., UNILIN BV, and MENARD, INC.,<br><br>Defendants. | ) | C.A. No. 24-1430-JCB<br><br>JURY TRIAL DEMANDED |
| MOHAWK INDUSTRIES, INC., MOHAWK CARPET DISTRIBUTION, LLC, IVC US, LLC, and UNILIN BV,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>VILOX AB,<br><br>Counterclaim-Defendant. | ) | |

**CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that on June 22, 2026, pursuant to JCB-CV-7.3(a) of the Court's Order Regulating Practice (D.I. 18), true and correct copies of Defendants' Motion for Partial Summary Judgment of Indefiniteness were caused to be served upon the following counsel of record in the manner indicated below:

**BY ELECTRONIC MAIL**
Daniel M. Silver
Alexandra M. Joyce
Amy R. Harriman
McCarter & English, LLP

**BY ELECTRONIC MAIL**
Smith R. Brittingham IV
Jonathan J. Fagan
Abhinav Garg
Michael E. Kudravetz
Erik R. Puknys
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP

OF COUNSEL:

John Haynes
John.Haynes@alston.com
Shri Abhyankar
Shri.Abhyankar@alston.com
Eric Pettis
Eric.Pettis@alston.com
Carter Babaz
Carter.Babaz@alston.com
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree St. NE
Atlanta, GA 30309-3424
(404) 881-7000

Dated: June 22, 2026

*<u>/s/ Kelly E. Farnan</u>*
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Counsel for Mohawk Industries, Inc., Mohawk Carpet Distribution, LLC, IVC US, LLC, Unilin BV, and Menard, Inc.*