UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

No. 1:24-cv-01430

**Vilox AB,**
*Plaintiff,*
v.
**Mohawk Industries, Inc., et al.,**
*Defendants.*

# ORDER

The *Markman* hearing and hearing on any motion for summary judgment of indefiniteness scheduled for September 25, 2026, is rescheduled for October 26, 2026. The hearing shall commence at 10 a.m. EST before Judge J. Campbell Barker at the federal courthouse in Wilmington, Delaware. The court will provide details regarding location as the date of the hearing approaches.

*So ordered by the court on July 20, 2026.*

J. CAMPBELL BARKER
United States District Judge