**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| VILOX AB<br><br>Plaintiff,<br><br>v.<br><br>MOHAWK INDUSTRIES, INC., MENARD, INC., and UNILIN BV<br><br>Defendants. | ) | C.A. No. 24-1430-JCB<br><br>JURY TRIAL DEMANDED |
| MOHAWK INDUSTRIES, INC., MOHAWK CARPET DISTRIBUTION, LLC, IVC US, LLC, and UNILIN BV,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>VILOX AB<br><br>Counterclaim-Defendant. | ) | |

**DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF INDEFINITENESS**

Defendants and Counterclaim-Plaintiffs Mohawk Industries, Inc., Menard, Inc., and Unilin BV and Counterclaim-Plaintiffs Mohawk Carpet Distribution, LLC and IVC US, LLC (collectively, "Defendants"), through their undersigned counsel and pursuant to Fed. R. Civ. P. 56, respectfully move this Court to grant summary judgment of indefiniteness of U.S. Patent No. 12,180,717 (the "'717 Patent"). As set out in the accompanying brief, claims 1, 4, 15, 16, 18, 19, and 20 of the '717 Patent are indefinite under 35 U.S.C. § 112(b) such that summary judgment should be granted.

OF COUNSEL:

John Haynes
John.Haynes@alston.com
Shri Abhyankar
Shri.Abhyankar@alston.com
Eric Pettis
Eric.Pettis@alston.com
Carter Babaz
Carter.Babaz@alston.com
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree St. NE
Atlanta, GA 30309-3424
(404) 881-7000

Dated: June 22, 2026

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Counsel for Mohawk Industries, Inc., Mohawk Carpet Distribution, LLC, IVC US, LLC, Unilin BV, and Menard, Inc.*