UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

No. 1:24-cv-01430

**Vilox AB,**
*Plaintiff,*
v.
**Mohawk Industries, Inc., et al.,**
*Defendants.*

# ORDER

The parties filed a joint motion for a claim construction hearing. Doc. 118. The motion is granted. The hearing will take place as scheduled at 10:00 a.m. ET on October 26, 2026 in Courtroom 4B of the J. Caleb Boggs Federal Building in Wilmington, Delaware. The court will hear oral argument on claim construction and on defendants' Motion for Partial Summary Judgment of Indefiniteness. The parties will have 60 minutes of oral argument (30 minutes per side) on claim construction. The parties will then have 60 minutes of oral argument (30 minutes per side) on indefiniteness.

*So ordered by the court on October 9, 2026.*

J. CAMPBELL BARKER
United States District Judge